UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **RIVERVIEW HEALTH INSTITUTE, LLC**, *et al.*, | : : : | Case No. 3:12-cv-00428 |
| Plaintiffs, | : : : | Judge Walter Herbert Rice |
| vs. | : : | **AGREED ORDER GRANTING PLAINTIFFS AND DEFENDANTS'** |
| **NORTH AMERICAN LASERSCOPIC SPINE INSTITUTE, LLC**, *et al.*, | : : : | **MOTION FOR STAY OF PRELIMINARY PRETRIAL CONFERENCE ORDER OR** |
| Defendants. | : : | **CONTINUANCE OF EXPERT DISCLOSURE DEADLINES** |

Upon Plaintiffs and Defendants' Motion for Stay of Preliminary Pretrial Conference Order or Continuance of Expert Disclosure Deadlines, and for good cause shown, the Motion is granted and the deadlines set forth in the Preliminary Pretrial Conference Order, including the expert disclosure deadline are stayed pending a decision on the pending Motion to Remand.

**SO ORDERED.**

*/s/ Walter H. Rice*
UNITED STATES DISTRICT JUDGE

AGREED:

/s/ *Adam Webber*
**Lee C. Falke** (0003922)
**Patrick K. Dunphy** (0017827)
**Adam R. Webber** (0080900)
FALKE & DUNPHY, LLC
30 Wyoming Street
Dayton, OH 45409
Phone: (937) 222-3000
Fax: (937) 222-1414 fax
Email: webber@falkedunphy.com
       dunphy@falkedunphy.com

TRIAL ATTORNEYS FOR PLAINTIFF

/s/ *John C. Greiner*
**John C. Greiner** (0005551)
*Trial Attorney*
**Kara A. Czanik** (0075165)
**Darren W. Ford** (0086449)
GRAYDON HEAD & RITCHEY LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202-3157
Phone: (513) 629-2734
Fax: (513) 651-3836
Email: jgreiner@graydon.com

ATTORNEYS FOR DEFENDANTS
NORTH AMERICAN LASERSCOPIC
SPINE INSTITUTE, LLC, CHRIS LLOYD,
SAM BAILEY, AND STEVE GANSS

4719954.1