IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RIVERVIEW HEALTH INSTITUTE, :
LLC, *et al.*,
 :
        Plaintiffs,
 :
        vs.                               Case No. 3:12cv428
 :
NORTH AMERICAN LASERSCOPIC     JUDGE WALTER H. RICE
SPINE INSTITUTE, LLC, *et al.*, :

        Defendants. :

DECISION AND ENTRY SUSTAINING DEFENDANT'S UNOPPOSED MOTION TO REMAND; CASE REMANDED TO STATE COURT; TERMINATION ENTRY

Plaintiffs having indicated that they will not oppose Defendants' Motion to Remand the captioned cause to the Montgomery County Court of Common Pleas (Doc. #20), the captioned cause is so remanded.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

March 20, 2014

                                                WALTER H. RICE
                                                UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record

Courtesy copy to:

Clerk, Montgomery County Common Pleas Court
Clerk, Federal Court