# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

RIVERVIEW HEALTH INSTITUTE :
LLC, *et al.*,
: 
    Plaintiffs,
:    Case No. 3:12cv00428

vs. :    District Judge Walter Herbert Rice
   Chief Magistrate Judge Sharon L. Ovington

NORTH AMERICAN LASERSCOPIC :
SPINE INSTITUTE, *et al.*,
:
    Defendants.
:

## DECISION AND ENTRY

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #31), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on June 6, 2014 (Doc. #31) is ADOPTED in full;

2. Plaintiffs' Motion for Attorney Fees and Costs for Wrongful Removal (Doc. #27) is GRANTED;

3. Although this matter was previously remanded to state court, the case remains pending for limited purpose of further briefing on, and determination of the amount of Plaintiffs' reasonable attorney fees and costs under 28 U.S.C. §1447(c). **On or before July 28, 2014**, Plaintiffs shall file their Reply, if any, in Support of their Itemized Statement of Attorney Fees (Doc. #33).

<br>

_____

Walter Herbert Rice
United States District Judge