IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RIVERVIEW HEALTH INSTITUTE,
LLC, *et al.*,

    Plaintiffs,

    v.

NORTH AMERICAN LASER
SPINE INSTITUTE, LLC, *et al.*,

    Defendants.

:
:
:
:

Case No. 3:12-cv-428

JUDGE WALTER H. RICE

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #37); ACCEPTING PLAINTIFFS' ITEMIZED STATEMENT OF ATTORNEYS' FEES (DOC. #33, AS SUPPLEMENTED BY DOC. #36); AWARDING PLAINTIFFS $9,526.00 IN ATTORNEY FEES

---

Based on the reasoning and citations of authority set forth by United States Chief Magistrate Judge Sharon Ovington, in her January 8, 2015, Report and Recommendations (Doc. #37), as well as upon a thorough *de novo* review of this Court's file and the applicable law, this Court ADOPTS said judicial filing in its entirety. Although the parties were notified of their right to file objections, and of the consequences for failing to do so, no objections have been filed within the time allotted.

The Court accepts Plaintiffs' Itemized Statement of Attorneys' Fees (Doc. #33, as supplemented by Doc. #36). A judgment in the amount of $9,526.00 will be entered in favor of Plaintiffs and against Defendants.

The captioned case shall remain terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: January 27, 2015                    _____
                                          WALTER H. RICE
                                          UNITED STATES DISTRICT JUDGE